1  **KELLEY DRYE & WARREN LLP**
   Paul A. Rosenthal (CA Bar No. 338994)
2  One Jefferson Road
   Parsippany, New Jersey 07054
3  Telephone: (973) 503-5943
   Facsimile: (973) 503-5950
4  paulrosenthal@kelleydrye.com

5  *Attorneys for Defendant*
   *Health IQ Insurance Services, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA J. NORRIS,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTH IQ INSURANCE SERVICES, INC. and JOHN DOES 1-10,<br><br>Defendants. | Case No. 5:22-cv-01236<br><br>Hon. Maxine M. Chesney<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED CLASS ACTION COMPLAINT FOR DAMAGES [L.R. 6-2]**<br><br>Amended Complaint Filed: April 27, 2022<br>Current Response Date: May 12, 2022<br>New Response Date: June 11, 2022 |

This Joint Stipulation is entered into by and between Plaintiff Linda J. Norris ("Plaintiff") and Defendant Health IQ Insurance Services, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective undersigned counsel of record, based upon the following facts:

1.  On February 28, 2022, Plaintiff filed her Complaint for Damages (the "Initial Complaint") in this Court. (Dkt. 1.)

2.  On March 7, 2022, Defendant executed a Waiver of the Service of Summons, which set Defendant's time to answer, move, or otherwise respond to the Initial Complaint to May 3, 2022. (Dkt. 6.)

3.  Plaintiff filed her Amended Class Action Complaint for Damages (the "Amended Complaint") on April 27, 2022. (Dkt. 15.)

4.   Defendant's deadline to answer, move, or otherwise respond to the Amended Complaint is May 12, 2022.  *See* Fed. R. Civ. P. 15(a)(3).

5.   The Parties are now engaged in preliminary discussions that could result in the further amendment, resolution, and/or dismissal of this action.  Accordingly, the Parties respectfully request that the Court extend the deadline for Defendant to answer, move, or otherwise respond to the Amended Complaint by 30 days from May 12, 2022 to June 11, 2022, which will allow the Parties to continue their discussions.  Good cause exists for this extension because it will allow the Parties to conserve the resources of the Court and the Parties should the discussions eliminate the need to litigate this matter.

THEREFORE, IT IS HEREBY STIPULATED AGREED, by and through the Parties' respective counsel as follows:

Defendant's responsive pleading deadline shall be extended to June 11, 2022.

**IT IS SO ORDERED.**

_____
Hon. Maxine M. Chesney

Dated: May 6, 2022

| WAJDA LAW GROUP, APC | KELLEY DRYE & WARREN LLP |
|---|---|
| By: */s/ Nicholas M. Wajda* <br> Nicholas M. Wajda (CA Bar No. 259178) <br> 6167 Bristol Parkway, Suite 200 <br> Culver City, CA 90230 <br> Telephone: (310) 997-0471 <br> Email: nick@wajdalawgroup.com | By:   */s/ Paul A. Rosenthal* <br> Paul A. Rosenthal (CA Bar No. 338994) <br> One Jefferson Road, 2nd Floor <br> Parsippany, NJ 07054 <br> Telephone: (973) 503-5943 <br> Email:  paulrosenthal@kelleydrye.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

**ATTESTATION**

I, Paul A. Rosenthal attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 6, 2022                                         KELLEY DRYE & WARREN LLP

                                                                         By:   /s/ Paul A. Rosenthal
                                                                                    Paul A. Rosenthal