SULAIMAN LAW GROUP, LTD.
Mohammed O. Badwan
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
(630) 575-8180
mbadwan@sulaimanlaw.com
*Attorney for the Plaintiff*

## UNITED STATES DISTRICT COURT
## NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA J. NORRIS, | Case No. 3:22-cv-01236-MMC |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| HEALTH IQ INSURANCE, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that Plaintiff, LINDA J. NORRIS, and Defendant, HEALTH IQ INSURANCE, hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 60 days.

Dated: May 25, 2022                Respectfully submitted,

*/s/ Mohammed O. Badwan*
SULAIMAN LAW GROUP, LTD.
Mohammed O. Badwan
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
(630) 575-8180
mbadwan@sulaimanlaw.com
*Attorney for the Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Mohammed O. Badwan*