IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA J. NORRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HEALTH IQ INSURANCE SERVICES, INC.,<br><br>　　　　　Defendant. | Case No. 22-cv-01236-MMC<br><br>**ORDER OF DISMISSAL** |

　　Plaintiff having advised the Court that the parties have agreed to a settlement of this cause,

　　IT IS HEREBY ORDERED that plaintiff's claims alleged against defendant be dismissed without prejudice; provided, however, that if any party shall certify to this Court, within ninety days, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar for further proceedings as appropriate.[1]

　　**IT IS SO ORDERED.**

Dated: May 31, 2022

　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Nothing herein is intended to preclude the subsequent filing of a dismissal with prejudice.